IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMY ROBBINS, *Individually and on*                                     PLAINTIFF
*Behalf of All Others Similarly Situated*

vs.                                          No. 4:19-cv-00093-JJV

ARKANSAS AGGREGATES, INC.                                  DEFENDANT

## **ORDER & JUDGMENT**

The parties reached a settlement on December 1, 2020. The parties have now filed a Joint Motion to Dismiss and for Settlement Approval by all Defendants. (Doc. No. 52.) After careful review of the pleadings and hearing from the parties, the Court approves the proposed settlement and grants the joint motion for final approval. (Doc. No. 52.) The agreement is fair, reasonable, and adequate, as required by Rule 23(e). In reaching this conclusion, the Court has considered the strength of the plaintiffs' case, the complexity of further litigation, and there being no absent class members. Additionally, the attorney's fees are reasonable given the work done, local hourly rates, and results achieved. *Petrovic v. Amoco Oil Company*, 200 F.3d 1140, 1157 (8th Cir. 1999).

IT IS, THEREFORE, ORDERED that:

1) The parties' Joint Motion to Approve Settlement Agreement and Dismiss (Doc. No. 52) is GRANTED and the case is dismissed with prejudice.

DATED this 29th day of December 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE